**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| NEXXLINX CORPORATION, INC., *et al*[1] ) | |
| ) | CASE NO 16-61225-pmb |
| ) | Jointly Administered Cases |
| Debtor. ) | |
| ) | |
| TAMARA MILES OGIER AS CHAPTER ) | |
| 7 TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO. 18-05131-pmb |
| CENTURY LINK SALES SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on October 22, 2018, a true and correct copy of the PLAINTIFF'S REQUESTS FOR ADMISSION, FIRST SET OF INTERROGATORIES TO DEFENDANT, AND REQUESTS FOR PRODUCTION were served upon the following party by U.S. Mail, first class, postage prepaid to:

Bradley S. Wolff
Swift Currie McGhee & Hiers
1355 Peachtree Street NE, Suite 300
Atlanta, GA 30309-3231

                              OGIER, ROTHSCHILD & ROSENFELD, P.C.

                              By:    /s/ *Allen P. Rosenfeld*
                                    Allen P. Rosenfeld
                                    Georgia Bar No. 614451

P.O. Box 1547
Decatur, Georgia 30331
(404) 525-4000
apr@orratl.com

---

[1] All of the Debtors include NexxLinx Corporation, Inc., Case No. 16-61225; NexxLinx Global, Inc., Case No. 16-61233; NexxLinx of New York, Inc., Case No. 16-61234; NexxLinx of Texas, Inc., Case No. 16-61236; CustomerLinx of North Carolina, Inc., Case No. 16-61229, Microdyne Outsourcing Inc., Case No. 16-61231 and NexxPhase, Inc. 16-62269.