**IT IS ORDERED as set forth below:**



**Date: November 17, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Jointly Administered Under |
| **NEXXLINX CORPORATION, INC.,** | : | **CASE NO. 16-61225-PMB** |
| *et al.*, | : | |
| | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |
| **TAMARA MILES OGIER, as Chapter 7 Trustee,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | |
| | : | NO. **18-5131** |
| **CENTURY LINK SALES SOLUTIONS, INC.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER AND NOTICE SETTING STATUS CONFERENCE

Plaintiff-Chapter 7 Trustee named above (the "Plaintiff") initiated this Adversary Proceeding against Defendant shown above (the "Defendant") through the filing of a Complaint

herein on June 20, 2018 (Docket No. 1)(the "Complaint").  In the Complaint, the Plaintiff seeks entry of an order and judgment declaring certain transfers of property by the Debtor avoided as preferential transfers under 11 U.S.C. § 547 or as post-petition transfers under 11 U.S.C. § 549, preserved for this bankruptcy estate under 11 U.S.C. § 551, and allowing Plaintiff to recover the value of same for the benefit of this bankruptcy estate under 11 U.S.C. § 550.

It appearing from the Court's Docket that although the parties have initiated discovery in this matter, no joint report of Rule 26(f) Conference has been filed in compliance with Local Rule BLR 7016-1, and, accordingly, it is

**ORDERED AND NOTICE IS HEREBY GIVEN** that a Status Conference will be held on this matter on the **17th** day of **December, 2018**, commencing at **2:00 p.m.** in **Courtroom 1202, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia** at which time the Court will hear an update on the status of this proceeding, and discuss discovery, scheduling, or any other related matters as necessary in order to proceed to trial or other resolution herein, including the filing of dispositive motions.

The Clerk is directed to serve a copy of this Order and Notice upon the Plaintiff, counsel for the Plaintiff, counsel for the Defendant, and the United States Trustee.

**[END OF DOCUMENT]**